IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANDREANA SMITH, ANTONIA ROBLES and CARMEN FLORES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT UNION 1, <br><br> Defendant. | Case No. 07 C 5939 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman |

**PLAINTIFFS' ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT ON COUNT II AND PRESERVING THE CLAIMS IN COUNT I**

1. On February 28, 2008 Defendant issued two separate offers of judgment to the Plaintiffs in this action. *See* Exhibit A and B.

2. The first offer of judgment pertained solely to the Plaintiffs' claims raised under the Electronic Funds Transfer Act, 15 U.S.C. § 1693 *et seq.*, in Count I. *See* Exhibit A. Count I arises from the Defendant's failure to provide a proper notice of the ATM surcharge fee being imposed upon non-credit union customers withdrawing money from the credit union's ATM.

3. The second offer of judgment pertained solely to the Plaintiffs' claims raised under the Expedited Funds Availability Act, 12 U.S.C. § 4001 *et seq.*, in Count II. *See* Exhibit B. Count II arises from the Defendant's failure to post a notice as to the availability of funds deposited with the credit union's ATM.

4. Each of these Counts give rise to separate claims for statutory damages to the Plaintiffs and the respective classes.

5. Plaintiffs have elected to not accept the offer of judgment as to Count I and proceed with the litigation as to that Count.

6. Plaintiffs have elected to accept the offer of judgment as to Count II and therefore, seek Court approval as to acceptance of this offer of judgment under Rule 23. *See* Exhibit C.

WHEREFORE, Plaintiffs request that judgment be entered against Defendant, pursuant to the terms of the Offer of Judgment as to Count II, subject to Rule 23 court approval.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiffs' Attorneys
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
lance@caclawyers.com